Exhibit 2

**IN THE DISTRICT COURT OF CARTER COUNTY**
**STATE OF OKLAHOMA**

FILED
IN DISTRICT COURT

MAY 07 2026

RENEE BRYANT, Court Clerk
Carter County, Oklahoma

STEVEN THOMPSON )
)
)
Plaintiff, )
)
v. )
)
PUBLIC SERVICE CO. OF OKLAHOMA )
)
)
Defendant. )

Case No. CV-2026-55

**VERIFIED PETITION**

**COMES NOW,** Steven Thompson, by and through the undersigned attorneys, and for his causes of action allege and state as follows:

**JURISDICTION AND VENUE**

1. Plaintiff is the owner of real property in Carter County, Oklahoma, all or part of which is located in Section 18, Township 4 South, Range 1 East.

2. Defendant Public Service Co. of Oklahoma (herein "PSO") is the owner and operator of a power transmission line north of Plaintiff's Property.

3. Defendant is a domestic for-profit business corporation authorized to conduct business in the state of Oklahoma.

4. The claims alleged herein arose upon real property owned by Plaintiff and located in Carter County, Oklahoma.

5. Pursuant to 12 O.S. §§ 131, 137, 143, and 1653 venue is proper in this Court.

6. Plaintiff is entitled to declaratory and injunctive relief from this Court as a remedy for his claims.

## FACTUAL BACKGROUND

7. Paragraphs 1-6 are hereby incorporated by reference.

8. Plaintiff purchased the property in 2005 for the purpose of developing it into an airfield.

9. On February 17, 2006, Plaintiff submitted to the Federal Aviation Administration a Notice of Landing Area Proposal, attached hereto as Exhibit A.

10. On December 12, 2006, the FAA approved Plaintiff's airfield effective January 18, 2007, attached hereto as Exhibit B.

11. Plaintiff's airfield was given the FAA identifier OK24 and named Colby Field Airport.

12. Colby Field Airport (OK24) is listed on FAA charts and has been listed as an FAA chartered airport in Carter County since 2007.

13. Plaintiff has regularly used Colby Field for takeoffs and landings of aircraft since FAA approval in January 2007, a period of nineteen (19) years.

14. Shortly after construction of Colby Field, Plaintiff contacted Defendant requesting that it place markers on the power line which cross north of Plaintiff's Property beyond the airfield.

15. Over many years Plaintiff has discussed the markers with representatives of Defendant, going so far as to purchase the markers himself for Defendant to install; but the markers were never installed.

16. In late 2025, Plaintiff observed that Defendant was constructing large transmission poles along the path of the existing power line.

17. The flight path of Colby Field extends over the top of the existing power lines and has for the past 19 years. Thus, establishing an avigation easement over the existing power lines.

18. Defendant is now constructing an update to their existing power system and proposes to significantly raise the height of the power lines, effectively blocking access to Colby field airstrip.

19. Plaintiff and Defendant, through counsel, have discussed their respective legal positions regarding this dispute and have been unable to reach a resolution.

20. Defendant has "paused" erecting the higher lines while Plaintiff prepared and filed this Petition.

21. Court intervention is necessary to maintain the status quo and to adjudicate whether Defendant has the right to block access to Colby Field by raising its power lines.

22. Plaintiff asserts he will be irreparably harmed if Defendant raises the power lines.

## DECLARATORY JUDGMENT

23. Paragraphs 1-22 are hereby incorporated by reference.

24. Plaintiff requests that this Court make the following declarations pursuant to its authority under 12 O.S. § 1651 as to Plaintiff's legal rights:

25. Plaintiff has established by the course of his conduct over nineteen years that he has a right to the unimpeded use of Colby Field.

26. Defendant raising the powerlines will impede and prevent Plaintiff from using Colby Field.

27. As such, Plaintiff is entitled to the continued use of Colby Field and Defendant should be precluded from raising its power lines and blocking access to Colby Field.

## INJUNCTIVE RELIEF

28. Paragraphs 1-27 are hereby incorporated by reference.

29. Plaintiff is entitled to injunctive relief which prevents Defendant from constructing the line to a height that would impede use of Colby Field.

**PRAYER**

**WHEREFORE**, premises considered, Plaintiff respectfully requests that this Court declare that Plaintiff has the right to unimpeded use of Colby Field. Plaintiff further prays for injunctive relief, and any such other relief that this Court may deem proper.

Respectfully submitted,

Matt Irby, OBA No. 34294
Trae Gray, OBA No. 21196
LANDOWNERFIRM, PLLC
37500 State Highway 31
Coalgate, Oklahoma 74538
Telephone: (888) 439-4729
Facsimile: (888) 789-4729
*ATTORNEYS FOR DEFENDANT*

## VERIFICATION

I, Steven Thompson, of lawful age, being first duly sworn, upon oath, state:

1. That he has read the above and foregoing document and knows the content thereof; and

2. That the facts therein set forth are true and correct to the best of his knowledge and belief.

Steven Thompson

SUBSCRIBED AND SWORN TO before me this 5-7-26.

AMANDA SMITH NOTARY #23007851 EXP. 06/09/2027 PUBLIC STATE OF OKLAHOMA

Notary Public

My Commission Expires: 6-9-27

EXHIBIT A

Form approved OMB No. 2120-0036

U.S. Department of Transportation
Federal Aviation Administration

# NOTICE OF LANDING AREA PROPOSAL

Name of Proponent, Individual, or Organization: Steven Thompson

Address of Proponent, Individual, or Organization (No., Street, City, State, Zip Code):

☐ Check if the property owner's name and address are different than above, and list property owner's name and address on the reverse.

☒ Establishment or Activation ☐ Deactivation or abandonment ☐ Alteration ☐ Change of Status OF ☒ Airport ☐ Heliport ☐ Ultraflight Flightpark ☐ Seaplane Base ☐ Vertiport ☐ Other (Specify)

## A. Location of Landing Area

1. Associated City/State: Lone Grove Oklahoma
2. County/State (Physical Location of Airport): Carter County Oklahoma
3. Distance and Direction From Associated City or Town: Miles: 2.6 Direction: NE
4. Name of Landing Area: Colby
5. Latitude: N 34° 13' 393
6. Longitude: W097 13 264
7. Elevation: 920

## B. Purpose

Type Use: ☐ Public ☒ Private ☐ Private Use of Public Land/Waters

If Change of Status or Alteration, Describe Change:

☐ Establishment or change to traffic pattern (Describe on reverse)

Construction Dates: To Begin/Began: 4-1-06 Est. Completion: 8-1-06

## C. Other Landing Areas

| C. Other Landing Areas | Direction From Landing Area (Ref. A5 above) | Distance From Landing Area (Ref. A5 above) |
|---|---|---|
| 1F8 | 118° | 7.5 |
| ADM | 056° | 13.8 |
| Strader | 028° | 3.0 |
| Talia Ferro | 170° | .7 |

## D. Landing Area Data

| 1. Airport, Seaplane Base, or Flightpark | Existing (if any) Rwy #1 | Rwy #2 | Rwy #3 | Proposed Rwy | Rwy | Rwy |
|---|---|---|---|---|---|---|
| Magnetic Bearing of Runway (s) or Sealane | 180 | 360 | | | | |
| Length of Runway (s) or Sealane (s) in Feet | 2100 | 2100 | | | | |
| Width of Runway (s) or Sealane (s) in Feet | 50 | 50 | | | | |
| Type of Runway Surface (Concrete, Asphalt, Turf, Etc.) | Turf | Turf | | | | |

| 2. Heliport | | |
|---|---|---|
| Dimensions of Final Approach and Take off Area (FATO) in Feet | | |
| Dimensions of Touchdown and Lift-Off Area (TLOF) in Feet | | |
| Magnetic Direction of Ingress/Egress Routes | | |
| Type of Surface (Turf, concrete, rooftop, etc.) | | |

3. All Landing Areas — Description of Lighting (If any): NONE — Direction of Prevailing Wind: S

## E. Obstructions

| Type | Height Above Landing Area | Direction From Landing Area | Distance From Landing Area |
|---|---|---|---|
| High Line | 70 | N | 600' |

## F. Operational Data

1. Estimated or Actual Number Based Aircraft

| Airport, Flightpark, Seaplane base | Present (If est. indicate by letter "E") | Anticipated 5 Years Hence | Heliport | Present (If est. indicate by letter "E") | Anticipated 5 Years Hence |
|---|---|---|---|---|---|
| Multi-engine | 25000 | | Under 3500 lbs. MGW | | |
| Single-engine | 3 E | 3 E | Over 3500 lbs. MGW | | |
| Glider | | | | | |

2. Average Number Monthly Landings

| | Present (If est. indicate by letter "E") | Anticipated 5 Years Hence | | Present (If est. indicate by letter "E") | Anticipated 5 Years Hence |
|---|---|---|---|---|---|
| Jet | | | Helicopter | | |
| Turboprop | | | Ultralight | | |
| Prop | 10 | 10 | Glider | | |

3. Are IFR Procedures For The Airport Anticipated ☒ No ☐ Yes Within ____ Years Type Navaid:

## G. Other Considerations

| Identification | Direction From Landing Area | Distance From Landing Area |
|---|---|---|
| | | |

## H. Application for Airport Licensing

☐ Has Been Made ☐ Will Be Made ☒ Not Required ☐ State ☐ County ☐ Municipal Authority

## I. CERTIFICATION:

*I hereby certify that all of the above statements made by me are true and complete to the best of my knowledge.*

Name, title (and address if different than above) of person filing this notice – type or print: Steven Thompson

Signature (in ink): Steven Thompson

Date of Signature: 3-1-06

Telephone No. (Precede with area code): 580-227-0640

FAA Form 7480-1 (1-93) Supersedes Previous Edition

Central Region Electronic Revision per ACE-625 (March, 2000)

Form approved OMB No. 2120-0036

U.S. Department of Transportation
Federal Aviation Administration

# NOTICE OF LANDING AREA PROPOSAL

Name of Proponent, Individual, or Organization: Steven Thompson

☐ Check if the property owner's name and address are different than above, and list property owner's name and address on the reverse.

Address of Proponent, Individual, or Organization (No., Street, City, State, Zip Code): 90 Jade ST, Lone Grove OK 73443

☒ Establishment or Activation ☐ Deactivation or abandonment
☐ Alteration ☐ Change of Status
} OF ☒ Airport ☐ Ultralight Flightpark ☐ Vertiport ☐ Heliport ☐ Seaplane Base ☐ Other (Specify)

**A. Location of Landing Area**

1. Associated City/State: Lone Grove OK
2. County/State (Physical Location of Airport): Carter County OK
3. Distance and Direction From Associated City or Town — Miles: 2.6 — Direction: N.E.
4. Name of Landing Area: Colby
5. Latitude: 34° 12' 44.3"
6. Longitude: 097° 13' 19.17"
7. Elevation: 930 E

**B. Purpose**

Type Use: ☐ Public ☒ Private ☐ Private Use of Public Land/Waters

If Change of Status c[...]

can not be more than 60" was GPS 13.917"?

☒ Establishment or change to traffic pattern (Describe on reverse)

Construction Dates — To Begin/Began: 3-1-06 — Est. Completion: 6-30-06

**C. Other Landing Areas**

| C. Other Landing Areas | Ref. A5 above: Direction From Landing Area | Distance From Landing Area |
|---|---|---|
| TALIAFERRO | South | .7 miles |
| Strader Ranch | NE | 2.8 |
| IFØ | E SE | 7.2 |
| ADM | NE | 13.7 |

**D.** 1. [...]

| | Existing (if any) Rwy #1 | Rwy #2 | Rwy #3 | Proposed Rwy | Rwy | Rwy |
|---|---|---|---|---|---|---|
| Magnetic Direction | | | | 180° | 360° | |
| Length of Runway(s) in Feet | | | | 2100' | 2100 | |
| Width of Runway (s) or Sealane (s) in Feet | | | | 55' | 55' | |
| Type of Runway Surface (Concrete, Asphalt, Turf, Etc.) | TURF | TURF | | TURF | TURF | |

2. Heliport

| | | |
|---|---|---|
| Dimensions of Final Approach and Take off Area (FATO) in Feet | | |
| Dimensions of Touchdown and Lift-Off Area (TLOF) in Feet | | |
| Magnetic Direction of Ingress/Egress Routes | | |
| Type of Surface (Turf, concrete, rooftop, etc.) | | |

3. All Landing Areas — Description of Lighting (If any): NONE — Direction of Prevailing Wind: South

**E. Obstructions**

| Type | Height Above Landing Area | Direction From Landing Area | Distance From Landing Area |
|---|---|---|---|
| High Line | 80' | N | 700' |

**F. Operational Data**

1. Estimated or Actual Number Based Aircraft

| Airport, Flightpark, Seaplane base | Present (If est indicate by letter "E") | Anticipated 5 Years Hence | Heliport | Present (If est indicate by letter "E") | Anticipated 5 Years Hence |
|---|---|---|---|---|---|
| Multi-engine | | | Under 3500 lbs. MGW | | |
| Single-engine | 3 E | 3 E | Over 3500 lbs. MGW | | |
| Glider | | | | | |

2. Average Number Monthly Landings

| | Present (If est indicate by letter "E") | Anticipated 5 Years Hence | | Present (If est indicate by letter "E") | Anticipated 5 Years Hence |
|---|---|---|---|---|---|
| Jet | | | Helicopter | | |
| Turboprop | | | Ultralight | | |
| Prop | 20 E | 30 E | Glider | | |

3. Are IFR Procedures For the Airport Anticipated ☒ No ☐ Yes Within____Years Type Navaid: _____

**G. Other Considerations**

| Identification | Direction From Landing Area | Distance From Landing Area |
|---|---|---|
| | | |

**H. Application for Airport Licensing**

☐ Has Been Made ☐ Will Be Made ☒ Not Required ☐ State ☐ County ☐ Municipal Authority

**I. CERTIFICATION:** *I hereby certify that all of the above statements made by me are true and complete to the best of my knowledge*

Name, title (and address if different than above) of person filing this notice – type or print: Steven Thompson Owner

Signature (in ink): [signature]

Date of Signature: 1-26-06

Telephone No. (Precede with area code): 580-657-8560, 277-0640

FAA Form 7480-1 (1-93) Supersedes Previous Edition

2/17/06

EXHIBIT B

Federal Aviation Administration

800 Independence Avenue, S.W.
Washington, D.C. 20591

December 12, 2006

Steven Thompson
90 Jade St
Lone Grove, OK 73443

---

The National Flight Data Center has assigned/reassigned the location identifier for the following airport:

Colby Field Airport

The new location identifier for the landing facility is OK24

The new or changed identifier will be effective: 18 Jan 2007

This action has taken place in response to:

____ Landing facility changed from Public to Private Use

____ Landing facility changed from Private to Public Use

X Establishment of a New Landing Facility

____ Other

If you have any questions please call 1-866-295-8236 Ext. 79286